# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES, | ) |
|     Appellant, | ) |
| | ) |
|     v. | )     No. 25-2004 |
| | ) |
| MIGUEL TAMUP-TAMUP, | ) |
|   a/k/a Miguel Us Tamup, a/k/a Miguel Us | ) |
|   Tamup Alfredo, | ) |
|     Defendant-Appellee, | ) |
| | ) |

## APPELLANT UNITED STATES' ASSENTED-TO MOTION TO STAY APPEAL PENDING THIS COURT'S DECISION IN <u>*UNITED STATES V. PENA DE LA CRUZ*, No. 25-1648</u>

Appellant, the United States ("the government"), respectfully moves this Court to stay this appeal until the Court decides *United States v. Pena de la Cruz*, No. 25-1648, which was argued and submitted to the panel for decision on December 3, 2025. In support of this motion, the government states as follows:

1. This is the government's appeal from the district court's dismissal of the indictment with prejudice after the defendant was removed from the United States. (ECF No. 21). (The government had sought dismissal of the indictment, but *without* prejudice.) The government's docketing statement and transcript report/order form are currently due on Monday, December 8, 2025.

2. This appeal involves the same legal issue as *Pena de la Cruz*, in which the district court also dismissed the indictment with prejudice after the defendant's removal from the United States. In both cases, the issue is whether, and to what extent, the district court has the authority under Fed. R. Crim. P. 48(a) to dismiss an indictment with prejudice simply because the defendant has been removed from the country.

3. Because the outcome of the government's appeal in *Pena de la Cruz* with likely either dictate the outcome of this appeal or, at the very least, heavily inform the analysis of the case, the government believes it would be in the interest of judicial efficiency as well as the conservation of the parties' limited resources to stay this appeal pending the Court's decision in *Pena de la Cruz*.

4. Defendant-appellee will not be prejudiced by a delay in the appeal. He has been removed from the United States and the indictment is no longer pending.

5. Appellee's counsel has graciously indicated that she has no objection to the government's motion.

For these reasons, the government respectfully requests that the Court allow this motion and stay appellate proceedings in this case pending issuance of the decision in *Pena de la Cruz*.

Respectfully submitted,

SARA MIRON BLOOM
Acting United States Attorney

By: /s/ Lauren S. Zurier
Lauren S. Zurier
Assistant U.S. Attorney

**Certificate of Service**

On this 3rd day of December, 2025, I caused the within motion to be filed electronically and it is available for viewing and downloading from the ECF system, which served it on the following defense counsel who is a registered participant of the CM/ECF system:

Judith H. Mizner, Esq.
Federal Public Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Judith_mizner@fd.org

/s/ Lauren S. Zurier
Lauren S. Zurier
Assistant U.S. Attorney