# United States Court of Appeals
## For the First Circuit

---

No.  25-2004

UNITED STATES,

Appellant,

v.

MIGUEL TAMUP-TAMUP, a/k/a Miguel Us Tamup, a/k/a Miguel Us Tamup Alfredo,

Defendant - Appellee.

---

### ORDER OF COURT

Entered: December 30, 2025

The government's motion to stay this appeal pending this court's decision in United States v. Pena de la Cruz, No. 25-1648, is allowed.  The government shall file status reports every thirty days.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Judith H. Mizner
Milind Madhukar Shah
Lee H. Vilker
Lauren S. Zurier