# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES, | ) | |
|     Appellant, | ) | |
| | ) | |
|     v. | ) | No. 25-2074 |
| | ) | |
| JOSE ALEJANDRO MORALES CORDON, | ) | |
|     Defendants-Appellee, | ) | |
| | ) | |

## **<u>STATUS REPORT</u>**

On December 30, 2025, this Court entered an order staying this appeal pending this Court's decision in *United States v. Pena de la Cruz*, No. 25-1648, and ordered the government to file status reports every thirty days.  This is the second status report being submitted pursuant to the Court's order.

The government reports that a decision in *Pena de la Cruz* remains pending.

Respectfully submitted,

CHARLES C. CALENDA
United States Attorney

By:   <u>/s/ Lauren S. Zurier</u>
       Lauren S. Zurier
       Assistant U.S. Attorney
       U.S. Attorney's Office

One Financial Plaza, 17th Fl.
Providence, RI 02903
(401) 709-5030
Lauren.Zurier@usdoj.gov

**Certificate of Service**

On this 27th day of February, 2026, I caused the within motion to be filed electronically and it is available for viewing and downloading from the ECF system, which served it on the following defense counsel who is a registered participant of the CM/ECF system:

Judith H. Mizner, Esq.
Federal Public Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Judith_mizner@fd.org

/s/ Lauren S. Zurier
Lauren S. Zurier
Assistant U.S. Attorney

-2-