**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 25-2004 |
| | ) | |
| MIGUEL TAMUP-TAMUP, | ) | |
| a/k/a Miguel Us Tamup, a/k/a Miguel Us | ) | |
| Tamup Alfredo, | ) | |
| Defendant-Appellee, | ) | |
| | ) | |

**STATUS REPORT**

On December 30, 2025, this Court entered an order staying this appeal pending this Court's decision in *United States v. Pena de la Cruz*, No. 25-1648, and ordered the government to file status reports every thirty days. This is the fourth status report being submitted pursuant to the Court's order.

The government reports that a decision in *Pena de la Cruz* remains pending.

Respectfully submitted,

CHARLES C. CALENDA
United States Attorney

By: /s/ Lauren S. Zurier

Lauren S. Zurier
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Fl.
Providence, RI 02903
(401) 709-5030
Lauren.Zurier@usdoj.gov

**Certificate of Service**

On this 26th day of April, 2026, I caused the within motion to be filed electronically and it is available for viewing and downloading from the ECF system, which served it on the following defense counsel who is a registered participant of the CM/ECF system:

Judith H. Mizner, Esq.
Federal Public Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Judith_Mizner@fd.org

/s/ Lauren S. Zurier
Lauren S. Zurier
Assistant U.S. Attorney